LAW OFFICES OF KEVIN D. FREDERICK
Kevin D. Frederick (CSB #83431)
Paul K. Lee (CSB #192812)
605 Middlefield Road
Redwood City, California 94063-1890
Telephone: (650) 365-9800
Facsimile: (650) 365-9808

Attorneys for Creditor:
WINSTON SQUARE HOMEOWNERS ASSOCIATION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re: ) Case No.: 03-55089
)
PLATINUM ROOFING, INC. ) Chapter 11
)
      Debtor(s), ) SUPPLEMENTAL CERTIFICATE OF SERVICE
)
)
)
)
)
)

-1-

| | |
|---|---|
|1| I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action; my business address is 605 Middlefield Road, Redwood City, California, 94063-7890.|
|2| |
|3| On November 4, 2015, I served the foregoing documents described as:|
|4| NOTICE AND OPPORTUNITY FOR HEARING RE MOTION TO RE-CLOSE CASE|
|5| on interested parties to this action by placing the original and/or true copies thereof enclosed in a sealed envelope addressed as follows:|
|6| |
|7| Shimada Landscaping<br>239 Commercial Street<br>Sunnyvale, CA 94086|

[ X ]    BY MAIL

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Redwood City, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]    State:  I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

[ X ]    Federal:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed November 4, 2015, at Redwood City, California.

　　　/s/ Paul K. Lee