

Signed and Filed: December 3, 2015

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

LAW OFFICES OF KEVIN D. FREDERICK
Kevin D. Frederick (CSB #83431)
Paul K. Lee (CSB #192812)
605 Middlefield Road
Redwood City, California 94063-1890
Telephone: (650) 365-9800
Facsimile: (650) 365-9808

Attorneys for Creditor:
WINSTON SQUARE HOMEOWNERS ASSOCIATION

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PLATINUM ROOFING, INC.<br><br>    Debtor(s), | Case No.: 03-55089<br><br>Chapter 11<br><br>ORDER RE APPLICATION TO CLOSE REOPENED CASE<br><br>Hearing Date: n/a<br>Hearing Time: n/a<br>Hearing Judge: Honorable Dennis Montali<br>Courtroom : 22 |

Upon considering the application of WINSTON SQUARE HOMEOWNERS ASSOCIATION ("Applicant") to close this reopened case, the Court finds that good cause exists and it is hereby ordered that Bankruptcy Case No. 03-55089 is closed.

***End of Order***

1
2  Court Service List
3
4  All ECF Recipients
5
...
28

-2-

Case: 03-55089   Doc# 245   Filed 12/03/15   Entered 12/03/15 15:04:01   Page 2 of 2
ORDER RE APPLICATION TO CLOSE REOPENED CASE